■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALFREDO LOPEZ-SUAZO, Appellant. [64 NYS3d 521]—Judgment, Supreme Court, New York County (Marcy L. Kahn, J.), rendered March 7, 2014, as amended April 18, 2014, convicting defendant, after a jury trial, of operating a motor vehicle while intoxicated, and sentencing him to a term of one to three years, unanimously affirmed.

Defendant's challenges to the prosecutor's summation are unpreserved, and we decline to review them in the interest of justice. As an alternative holding, we find no basis for reversal. To the extent there were isolated improprieties, they were not so egregious as to deprive defendant of a fair trial, and any error was harmless in light of the overwhelming evidence of defendant's guilt (*see People v D'Alessandro*, 184 AD2d 114, 118-119 [1st Dept 1992], *lv denied* 81 NY2d 884 [1993]). Concur—Gische, J.P., Kapnick, Oing and Moulton, JJ.